Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
DYCHTER LAW OFFICES, APC
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827
*Additional counsel on following page.*

Attorneys for James Carter and Roger Lengyel, Relators

Timothy J. Hatch (SBN 165369)
THatch@gibsondunn.com
James L. Zelenay, Jr. (SBN 237339)
JZelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile:  (213) 229-7520

Attorneys for Bridgepoint Education, Inc. and
Ashford University LLC, Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CARTER AND ROGER LENGYEL,<br><br>            Plaintiffs,<br><br>     v.<br><br>BRIDGEPOINT EDUCATION, INC., ASHFORD UNIVERSITY LLC, AND DOES 1-500, INCLUSIVE,<br><br>            Defendants. | CASE NO. 10-CV-1401-JLS-WVG<br><br><br><br><br>**STIPULATION RE PROPOSED BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON** |

1  Christopher A. Olsen (SBN 236928)
2  caolsen@caolsenlawoffices.com
   OLSEN LAW OFFICES
3  1010 Second Ave., Suite 1835
4  San Diego, California 92101
   Telephone: (619) 550-9352
5  Facsimile:  (619) 923-2747
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE PROPOSED BRIEFING SCHEDULE                              Case No. 10-CV-1401-JLS-WVG

Relators James Carter and Roger Lengyel ("Plaintiffs"), and Defendants Bridgepoint Education, Inc. and Ashford University LLC ("Defendants"), by and through their counsel of record, hereby enter into the following Stipulation re Proposed Briefing Schedule and mutually request the Court to enter an order in accordance therewith.

## **STIPULATION**

1. Relators filed the initial Complaint *under seal* on July 2, 2010. In their Complaint, Relators, on behalf of the United States of America, seek to recover damages and civil penalties against Defendants arising out of alleged violations of the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).

2. On December 28, 2012, the Court signed an Order unsealing the initial Complaint after the United States of America declined to intervene in this action pursuant to the False Claims Act. The Order unsealing the initial Complaint was filed and served by the Court on January 2, 2013.

3. The initial Complaint was served on Defendants on January 22, 2013.

4. Counsel for Defendants entered a Notice of Appearance on February 4, 2013.

5. Counsel for Relators and Defendants have met and conferred and mutually request that the Court enter a briefing schedule as follows:

   a) Relators' Amended Complaint to be filed on or before May 10, 2013.
   b) Defendants' Motion to Dismiss to be filed on or before June 24, 2013.
   c) Relators' Opposition to be filed on or before August 8, 2013.
   d) Defendants' Reply to be filed on or before August 29, 2013.
   e) Hearing on Defendants' Motion to be set by the Court.

///
///
///

Respectfully submitted,

Dated: February 12, 2013          DYCHTER LAW OFFICES, APC
                                  OLSEN LAW OFFICES

                                  By:   s/ Alexander I. Dychter_____
                                        Alexander I. Dychter
                                        Attorneys for James Carter and
                                        Roger Lengyel, Relators

Dated: February 12, 2013          TIMOTHY J. HATCH
                                  JAMES L. ZELENAY, JR.

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By:   s/ James L. Zelenay, Jr._____
                                        James L. Zelenay, Jr.
                                        Attorneys for Bridgepoint
                                        Education, Inc. and Ashford
                                        University LLC, Defendants

**ORDER**

Good cause having been shown, it is hereby ordered that the briefing schedule in this matter is set as follows:

a) Relators' Amended Complaint to be filed on or before May 10, 2013.

b) Defendants' Motion to Dismiss to be filed on or before June 24, 2013.

c) Relators' Opposition to be filed on or before August 8, 2013.

d) Defendants' Reply to be filed on or before August 29, 2013.

e) Hearing on Defendants' Motion to be set by the Court.

IT IS SO ORDERED.

DATED: _____     _____
                                  Hon. Janis L. Sammartino
                                  United States District Judge
                                  Southern District of California

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, the document entitled **STIPULATION RE PROPOSED BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON** was electronically filed through the Court's CM/ECF system, thereby resulting in a copy of the document being delivered electronically to all persons registered to receive electronic notification through the CM/ECF system in this action, which includes counsel for all parties in this action.

Dated: February 12, 2013            By:     s/ Alexander I. Dychter
                                            Alexander I. Dychter
                                            Attorney for James Carter and
                                            Roger Lengyel, Relators