TIMOTHY J. HATCH, SBN 165369
THatch@gibsondunn.com
JAMES L. ZELENAY, JR., SBN 237339
JZelenay@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants,
BRIDGEPOINT EDUCATION, INC. and
ASHFORD UNIVERSITY LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CARTER AND ROGER LENGYEL,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC., ASHFORD UNIVERSITY LLC, AND DOES 1-500, INCLUSIVE,<br><br>Defendants. | CASE NO. 10-CV-1401-JLS-WVG<br><br>**DEFENDANTS' NOTICE OF MOTION AND RULE 12(B)(1) MOTION TO DISMISS PURSUANT TO THE PUBLIC DISCLOSURE BAR**<br><br>[Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss and Declaration of James L. Zelenay, Jr. in Support filed concurrently herewith]<br><br>**Hearing:**<br>**Date:** **April 16, 2015**<br>**Time:** **1:30 P.M.**<br>**Place:** **Courtroom 4A**<br>**Judge:** **Hon. Janis L. Sammartino** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 16, 2015, at 1:30 P.M., or as soon thereafter as may be heard before the Honorable Janis L. Sammartino, in Courtroom 4A of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendants Ashford University, LLC and Bridgepoint Education, Inc. will and hereby do move this Court to dismiss Relators James Carter's and Roger Lengyel's ("Relators") *qui tam* action brought under the False Claims Act, 31 U.S.C. § 3729 et seq., for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Relators' lawsuit is based upon publicly disclosed allegations, and neither Relator qualifies as original source. Accordingly, the Court lacks subject-matter jurisdiction under 31 U.S.C. § 3730(e)(4).

Defendants concurrently submit in support of its Motion to Dismiss: (1) a Memorandum of Points and Authorities; and (2) the Declaration of James L. Zelenay, Jr. and accompanying exhibits.

Dated: February 20, 2015

TIMOTHY J. HATCH
JAMES L. ZELENAY, JR.

Gibson, Dunn & Crutcher LLP

By:  s/ James L. Zelenay, Jr.
Attorney for Bridgepoint Education, Inc. and Ashford University, LLC
Email: JZelenay@gibsondunn.com

---

Gibson, Dunn & Crutcher LLP

1

DEFENDANTS' NOTICE OF MOTION AND RULE 12(B)(1) MOTION TO DISMISS PURSUANT TO THE PUBLIC DISCLOSURE BAR
CASE NO. 10-CV-1401-JLS-WVG

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On February 20, 2015, I caused the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record:

**DEFENDANTS' NOTICE OF MOTION AND RULE 12(B)(1) MOTION TO DISMISS PURSUANT TO THE PUBLIC DISCLOSURE BAR**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RULE 12(B)(1) MOTION TO DISMISS**

**DECLARATION OF JAMES L. ZELENAY, JR. IN SUPPORT OF DEFENDANTS' RULE 12(B)(1) MOTION TO DISMISS**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on February 20, 2015, at Los Angeles, California.

s/ James L. Zelenay, Jr.
James L. Zelenay, Jr.
Attorney for Defendants Bridgepoint Education, Inc. and Ashford University, LLC
Email: jzelenay@gibsondunn.com