# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CARTER AND ROGER LENGYL,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPOINT EDUCATION, INC., ASHFORD UNIVERSITY, LLC, AND DOES 1–500, INCLUSIVE,<br><br>Defendants. | CASE No. 10-CV-1401 JLS (WVG)<br><br>**ORDER CONSTRUING RELATORS' OBJECTIONS AS A MOTION FOR RECONSIDERATION AND REFERRING TO MAGISTRATE JUDGE GALLO**<br><br>(ECF No. 93) |

Presently before the Court is Relators' Objections to Magistrate's February 20, 2015 Order. (ECF No. 93.) The Court construes this filing as a Motion for Reconsideration and refers the matter to Magistrate Judge Gallo.

**IT IS SO ORDERED**.

DATED: April 10, 2015

                                             *Janis L. Sammartino*
                                             Honorable Janis L. Sammartino
                                             United States District Judge