# EXHIBIT A



# 2012 Covered Annual Review

Review Period: 7/1/2011 - 6/30/2012

**Purpose & Overview:**

- The purpose of our employee quality management process is to inform employees what is important, what is expected, and how they can develop and be rewarded in their jobs.
- This exercise is designed to facilitate an ongoing employee/manager discussion of compentencies, and should be used for the annual employee quality review and development discussions.



## Employee Details

**Full Name**          James Carter
**Job Title**          Admissions Counselor I
**Manager**            David Hough
**Department**         Admissions AU/CA SR


## Competency Evaluation (How was it Accomplished?)

- **Planning:** At the beginning of the year, review competency expectations; discuss strengths and developmental areas. Weightings in place to put more emphasis on select competencies should be communicated with employees at the beginning of the year. Refer to definitions for each rating level, which provide general behavioral expectations for each specific Employee Quality level.
- **Review:** 1) Assign year-end ratings for each competency dimension, with comments as needed.
- **Definitions:** 1) Developing: Requires additional coaching, may demonstrate some proficiency. 2) Proficient: Able to execute without additional coaching. 3) Expert: Seen as a role model, mastered the behavior/skill.

**Rating Scale**

| Score | Rating | Description |
|---|---|---|
| 5 | Far Exceeded Expectations | Satisfies "Expert" level of achievement and always exceeds expectations for the job. |
| 4 | Exceeded Expectations | Satisfies "Proficient" level of achievement and is beginning to demonstrate "Expert" level of achievement; consistently exceeds expectations. |
| 3 | Met All Expectations | Satisfies "Proficient" level of achievement; meets all expectations consistently. |
| 2 | Partially Met Expectations | Satisfies "Developing" level of achievement; meets some expectations and shows room for improvement. |
| 1 | Failed to Meet Expectations | Needs significant improvement to perform at a satisfactory level. Does not satisfy "Developing" level of achievement. |

**Competency: Attendance & Work Ethic - Admissions**
Understands and adheres to work expectations.

- Completes scheduled work day as expected
- Puts forth consistent effort, and extra effort when requested to contribute to the University's success
- Adheres to labor laws and University policies regarding time and time off

**David Hough:**

■ (13%)

**Competency: Flexibility & Perseverance - Admissions**
Gives 100% effort and is able to adapt and adjust through adversity.

- Adapts and adjusts through adversity and changing business needs
- Responds positively to change
- Embraces and uses new practices or values to solve problems

**David Hough:**

■ (13%)

■ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
■ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



| | |
|---|---|
| **Competency:** | **Honor & Character - Admissions** |
| | Inspires trust and integrity by acting ethically and executing the University's mission and values. |

- Exhibits honor, character, integrity, and ethics through daily actions and interactions.
- Achieves compliance standards
- Consistently acts in accordance with federal, state, and University regulations & policies.

**David Hough:**

■13%)

■
■

| | |
|---|---|
| **Competency:** | **Job Knowledge - Admissions** |
| | Understands the department's product and is able to clearly articulate and execute in a manner consistent with the University's objectives. |

- Demonstrates knowledge of job functions, policies, and procedures and uses this to serve internal customers and students

**David Hough:**

■(13%)

| | |
|---|---|
| **Competency:** | **Organizing & Priority Setting - Admissions** |
| | Creates plans to accomplish individual and University objectives. |

- Under direct supervision/guidance, organize tasks to ensure daily activities are completed
- Identifies priorities and delivers accordingly. Focuses on the critical and is able to remove roadblocks and utilize resources to accomplish tasks
- Consults manager for guidance
- Can attend to a broader range of activities than others

**David Hough:**

■(12%)

| | |
|---|---|
| **Competency:** | **Product Knowledge - Admissions** |
| | Understands the University's product and is able to clearly articulate in a manner consistent with the University's objectives. |

- Demonstrates knowledge of programs offered
- Understands policies and procedures that govern programs

**David Hough:**

■(12%)

| | |
|---|---|
| **Competency:** | **Relating Skills - Admissions** |
| | Able to relate to a variety of people to build effective relationships. |

- Able to relate and build rapport with a variety of people both in internal and external networks.
- Possess communication skills that aid in diffusing difficult/challenging situations.
- Is sought out by others to provide insight and guidance for a variety of situations.

**David Hough:**

(12%)

**Competency:** **Student Focused Outcomes - Admissions**
Dedicated to meeting the expectations of internal customers and students.

- Maintains student satisfaction with products and services offered by the University
- Suggests ideas/supports projects that lead to the improvement of student service
- Aims to exceed student expectations

**David Hough:**

(12%)

**Year-End Comments**

**David Hough:**

███████████████████████████████████████████

███████████████████████████████████████████████████████

## Acknowledgement & Approval

Signatures certify that the employee and supervisor have reviewed the contents of this completed form. The employee's signature does not necessarily indicate agreement with the ratings or comments. Employees have the right to submit written comments, clarification, or a rebuttal which will be attached to this form.

**Self**      James Carter          Date: 7/3/2012

**Manager**   David Hough           Date: 6/14/2012

**Human Resources**  _____



**Overall Rating:** ███ / 5.0