# EXHIBIT B

Alexander I. Dychter (SBN 234526)
alex@dychterlaw.com
**DYCHTER LAW OFFICES, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 487-0777
Facsimile:  (619) 330-1827

Christopher A. Olsen (SBN 236928)
caolsen@caolsenlawoffices.com
**OLSEN LAW OFFICES, APC**
1010 Second Ave., Suite 1835
San Diego, California 92101
Telephone: (619) 550-9352
Facsimile:  (619) 923-2747

Attorneys for James Carter and
Roger Lengyel, Relators

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JAMES CARTER AND ROGER LENGYEL,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BRIDGEPOINT EDUCATION, INC., ASHFORD UNIVERSITY LLC, AND DOES 1-500, INCLUSIVE,<br><br>            Defendants. | CASE NO. 10-CV-1401-JLS-WVG<br><br>**RELATORS JAMES CARTER AND ROGER LENGYEL'S INITIAL DISCLOSURES** |

Relators James Carter and Roger Lengyel (hereinafter referred to as "Relators") hereby make these initial disclosures pursuant to Federal Rules of Civil Procedure (FRCP), rule 26(a)(1). These disclosures are as complete as possible at this stage of Relators' investigation into their allegations. Relators reserve the right to supplement these disclosures if they become aware of additional witnesses, information or documents. Documents prepared by or for counsel or other documents subject to the protection of a privilege or the attorney work-product doctrine are not included.

**I.   INITIAL DISCLOSURES PURSUANT TO FRCP, RULE 26(a)(1)**

**A.   FRCP Rule 26 (a)(1)(A):  the name, addresses and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information**

Relators identify the following:

**James Carter**: Mr. Carter is a Relator in this action. He is currently employed by the Defendants Bridgepoint Education and Ashford University as an Admissions Counselor. Mr. Carter has been employed with Defendants since approximately March 2008. He possesses relevant and discoverable information to support his claims. He may be reached through his attorneys of record, Alexander I. Dychter of Dychter Law Offices, APC and/or Christopher A. Olsen of Olsen Law Offices, APC.

**Roger Lengyel**: Mr. Lengyel is a Relator in this action. He was formerly employed by Defendants in San Diego from January 2009 through September 2010. He possesses relevant and discoverable information to support his claims. He may be reached through his attorneys of record, Alexander I. Dychter of Dychter Law Offices, APC and/or Christopher A. Olsen of Olsen Law Offices, APC.

**Enrollment Advisors Employed Between 2005 and 2011**: Relators are informed and believe that Defendants' enrollment advisors employed between 2005 and 2011 have relevant and discoverable information to support claims including, but not limited to, liability and damages issues. Relators are not yet in possession of the identities and contact information of these witnesses.

**Corporate Officers**:  Although the exact identities are currently unknown to Relators, the corporate officers who created, implemented, and oversaw Defendants' policies regarding matrices to determine enrollment advisor compensation will undoubtedly possess information relevant to Relators' causes of action.  Relators are not yet in the possession of the identities or contact information of these witnesses.

**Third Party Private Agencies**:  Although the exact identities are currently unknown to Relators, individuals employed by private third party agencies, such as the Western Association of Schools and Colleges, or the Higher Learning Commission, may have personal knowledge concerning facts and documents that are relevant to the allegations in Relators' Complaint.

**Government Agencies**:  Although the exact identities are currently unknown to Relators, individuals employed by government agencies, such as the Department of Education's Office of Inspector General, may have personal knowledge concerning facts and documents that are relevant to the allegations in Relators' Complaint.

**B.    FRCP Rule 26(a)(1)(B):  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment**

Relators identify the following documents:

- Documents that refer or relate to the amount of Title IV Funding received per year by Defendants since 2004;
- Documents that refer or relate to the percentage of Title IV Funding in relation to total funds received per year since 2004;
- All draft and final revisions of Employment handbooks applicable to Defendants' enrollment advisors (and similarly situated job titles) since 2004;
- All documents that refer or relate to any audit, investigation, report, or finding, whether in draft or final form, by the Western Association of Schools and Colleges concerning Defendants' compensation of enrollment

advisors for each year following 2004;

- All documents that refer or relate to any audit, investigation, report, or finding, whether in draft or final form, by the Higher Learning Commission concerning Defendants' compensation of enrollment advisors for each year following 2004;
- All documents that refer or relate to any audit, investigation, report, or finding, whether in draft or final form, by any governmental agency concerning compensation of enrollment advisors for each year following 2004;
- Internal audits, reports, or investigations conducted by Defendant concerning its compliance and eligibility to receive Title IV funding;

Relators have not yet completed their investigation and anticipate additional documents presently unknown to them will be relevant to their claims.

**C.     FRCP Rule 26(a)(1)(C):  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered**

Relators contend damages can be readily identified through Defendant Bridgepoint Education's Securities and Exchange Commission Filings.

**D.     FRCP Rule 26(a)(1)(D):  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment**

Rule 26(a)(1)(D) does not apply to this case as to Relators.

DATED: June 19, 2014                          **DYCHTER LAW OFFICES, APC**
                                                                   **OLSEN LAW OFFICES, APC**

                                                                   By:  /s/ _____
                                                                           Christopher A. Olsen
                                                                           Counsel for Relators

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, the document entitled **RELATORS JAMES CARTER AND ROGER LENGYEL'S INITIAL DISCLOSURES** was served via electronic mail, by agreement of the parties, to Timothy J. Hatch (thatch@gibsondunn.com) and James L. Zelenay Jr. (jzelenay@gibsondunn.com) of Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197.

DATED: June 19, 2014

**DYCHTER LAW OFFICES, APC**
**OLSEN LAW OFFICES, APC**

By: */s/* _____
        Christopher A. Olsen
        Counsel for Relators